MARC S. HINES (SBN 140065)
mhines@hinessmith.com
NICOLE M. HAMPTON (SBN 189024)
nhampton@hinessmith.com
**HINES CARDER LLP**
3090 Bristol Street, Suite 300
Costa Mesa, California 92626
Tel.: (714) 513-1122
Fax: (714) 513-1123

Attorneys for Defendants
TANNER UPTON and NATIONWIDE MUTUAL
INSURANCE COMPANY

E-FILED 04.10.12

JS-6

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE PLUMBING CO., INC.<br><br>Plaintiff<br><br>vs.<br><br>TANNER UPTON, NATIONWIDE MUTUAL INSURANCE CO., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:12-cv-02246-MMM (VBK)<br><br>[PROPOSED] ORDER |

BASED ON THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the herein action be remanded to the Superior Court of the State of California, County of Los Angeles, North Central District – Burbank.

**IT IS SO ORDERED.**

Dated: April 10, 2012

_Margaret M. Marrow_
Hon. Margaret M. Marrow
Judge of the United States District Court